IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAVID RUCKER LEIFSON,<br><br>　　　　　Defendant. | ORDER AND<br>MEMORANDUM DECISION<br><br><br>Case No. 2:06-CR-313-TC |

On June 20, 2007, the court held a status conference in this case. Based on discussions during the status conference, the court ORDERS as follows:

The jury trial that was scheduled to go in this case is hereby continued primarily because of witness unavailability. A four-day jury trial is now set to begin November 5, 2007. Time under the Speedy Trial Act is tolled until November 5, 2007 (the date trial begins) to allow for proper trial preparation and presentation. The court finds that the ends of justice served by this continuance outweigh the best interest of the public and defendants in a speedy trial. 18 U.S.C. § 3161(8)(A). The time period of the continuance shall be excluded in computing the time under the Speedy Trial Act, 18 U.S.C. § 3161.

DATED this 21st day of June, 2007.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Tena Campbell*

　　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　　Chief Judge